**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   18-cr-0013-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.   EDWARD BOROUGHF,

    Defendant.

---

**INDICTMENT**
18 U.S.C. §113(a)(1)
Assault with Intent to Murder
18 U.S.C. §113(a)(3)
Assault with a Dangerous Weapon
18 U.S.C. §§1791(a)(2) and (b)(3)
Possession of Contraband in Prison

---

The Grand Jury charges:

**COUNT ONE**
**(Assault with Intent to Murder)**

On or about June 1, 2017, in the State and District of Colorado, at the United States Penitentiary, Federal Correctional Center, Florence, Colorado, a place within the special maritime and territorial jurisdiction of the United States, as defined in Title 18, United States Code, Section 7(3), defendant EDWARD BOROUGHF, did knowingly assault with intent to murder David Beard.

All in violation of Title 18, United States Code, Section 113 (a)(1).

## COUNT TWO
### (Assault with a Dangerous Weapon)

On or about June 1, 2017, in the State and District of Colorado, at the United States Penitentiary, Federal Correctional Center, Florence, Colorado, a place within the special maritime and territorial jurisdiction of the United States, as defined in Title18, United States Code, Section 7(3), defendant EDWARD BOROUGHF did knowingly assault David Beard with a dangerous weapon with intent to do bodily harm.

All in violation of Title 18, United States Code, Section 113(a)(3).

## COUNT THREE
### (Possession of Contraband in Prison)

On or about June 1, 2017, in the State and District of Colorado, EDWARD BOROUGHF, being an inmate at a prison, as defined in 18 United States Code Section1791(d)(4), knowingly possessed a prohibited object, namely a weapon and object designed and intended to be used as a weapon.

All in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

ROBERT C. TROYER
United States Attorney

By:
/s/Colleen Covell
Assistant U.S. Attorney Colleen Covell
1801 California Street, Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
E-mail: Colleen.Covell@usdoj.gov