IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 18-CR-00013-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD BOROUGHF,

Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter was before the court for detention hearing on February 23, 2018. The court has taken judicial notice of the court's file and the pretrial services memorandum dated February 21, 2018. The defendant is not contesting detention. The court now being fully informed makes the following findings of fact, conclusions of law and order for detention.

    In order to sustain a motion for detention, the government must establish that (a) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the defendant's presence for court proceedings; or (b) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the safety of any other person or the community. The former element must be established by a preponderance of the evidence, while the latter requires proof by clear and convincing evidence.

    If there is probable cause to believe that the defendant committed an offense which carries a maximum term of imprisonment of over 10 years and is an offense prescribed by the Controlled Substances Act, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community.

    The Bail Reform Act, 18 U.S.C. § 3142(g), directs the court to consider the following factors in determining whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

    (1)    [t]he nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

    (2)    the weight of the evidence against the person;

(3) the history and characteristics of the person, including –

   (A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

   (B) whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

In making my findings of fact, I have taken judicial notice of the information set forth in the Pretrial Investigation Memorandum dated February 21, 2018, and the entire court file. Weighing the statutory factors set forth in the Bail Reform Act, I find the following:

First , I find that the defendant has been charged in the Indictment as follows:

**Count One:** Assault with Intent to Murder, in violation of 18 U.S.C. § 113(a)(1);

**Count Two:** Assault with a Dangerous Weapon, in violation of 18 U.S.C. § 113(a)(3);

**Count Three:** Possession of Contraband, in violation of 18 U.S.C. § 1791(a)(2).

Second, I find that probable cause exists that the defendant committed the charged offenses based upon the Indictment.

Third, I find that on October 15, 2009, the defendant pled guilty to Count 1: Conspiracy to Distribute in Excess of 1,000 Kilograms of Marijuana (felony) and Counts 5 & 11: Felon in Possession of a Firearm in U.S. District Court, Eastern District of Missouri, Docket Number 4:09-cr-00032RWS. On July 20, 2010, the defendant was sentenced to 262 months in the Bureau of Prisons (BOP) on Count 1 and 120 months in the BOP on Counts 5 and 11, all terms to be served concurrently.

Additionally, on January 23, 2013, the defendant was sentenced in 21st Circuit Court, Clayton, Missouri, Case Number 10SLCR07282 to 30 years imprisonment for 1st Degree Murder (felony), Armed Criminal Action (two counts, felony), 2nd Degree Murder (felony), 2nd Degree Arson (felony), and Hindering Prosecution (two counts, felony).

The defendant's estimated release from BOP is February 14, 2029.

I further find, by a preponderance of evidence, that there is no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order defendant detained without bond.

Done this 23rd day of February 2018.

BY THE COURT

S/Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge