IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00013-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EDWARD BOROUGHF,

    Defendant.

---

## MOTION TO WITHDRAW

---

The United States of America, by Robert C. Troyer, United States Attorney for the District of Colorado, through Valeria Spencer, Assistant United States Attorney, hereby files its Motion to Withdraw former AUSA Colleen Covell as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that AUSA Valeria Spencer is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

Dated this 7th day of August 2018.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney


By: *s/Valeria Spencer*
VALERIA SPENCER
Assistant United States Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado  80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Valeria.Spencer@usdoj.gov

Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August 2018, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

By: *s/Valeria Spencer*
VALERIA SPENCER
Assistant United States Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado  80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Valeria.Spencer@usdoj.gov